UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER CORP.      :

           Plaintiff,          :        ORDER

                                :
    -v.-
                                :        06 Civ. 6072 (PAC) (GWG)

STEADFAST INSURANCE COMPANY,           :

           Defendant.       :
-------------------------------------------------------------x
This Order also applies to: 06-15285

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The Court is in receipt of a number of letters from the parties in the insurance coverage cases seeking to file motions for summary judgment.

     The Court waives the pre-motion conference requirement. Any motion for summary judgment in such cases shall be filed by August 7, 2009. Any opposition papers shall be filed on or before September 4, 2009. Any reply papers shall be filed by September 25, 2009.[1] Filings must comply with all applicable Federal and Local Rules and must also comply with paragraphs 2.C through 2.H of this Court's Individual Practices.

Dated: New York, New York
       July 9, 2009

                                  SO ORDERED:

                                  GABRIEL W. GORENSTEIN
                                  United States Magistrate Judge

---

[1] The parties may change these dates by agreement without Court order provided the change in dates is disclosed in a letter to the Court. In the absence of an agreement, any party seeking an extension should follow the procedures in paragraph 1.E of the Court's Individual Practices.